FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 NOV 25  PM 2:06

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANTOINETTE KELLY, | ) |
| Plaintiff, | ) |
| v. | ) |
| ASSISTED LIVING CARE, LLC, d/b/a Wisteria Gardens, | ) CASE NO. CV413-106 |
| Defendant. | ) |

### ORDER

Before the Court is Plaintiff's Stipulation of Dismissal with Prejudice. (Doc. 10.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As this requirement is satisfied, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear her or its own costs and expenses. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of November 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA