IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTOINETTE KELLY, )
)
    Plaintiff, )
)
v. )
)
ASSISTED LIVING CARE, LLC, ) CASE NO. CV413-106
d/b/a Wisteria Gardens, )
)
    Defendant. )
)

## O R D E R

Before the Court is Plaintiff's Stipulation of Dismissal with Prejudice. (Doc. 10.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As this requirement is satisfied, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear her or its own costs and expenses. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of November 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA